# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Johnny Santiago**
    Plaintiff
  vs.                                   **CASE NUMBER: 6:17-cv-778 (ATB)**

**Commissioner of Social Security**
    Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. The Clerk is directed to enter judgment. See *Shalala v. Schaefer*, 509 U.S. 292 (1993).

All of the above pursuant to the order of the Honorable Judge Andrew T. Baxter, dated the 5st day of March, 2018.

DATED: March 6, 2018

*Lawrence K. Baerman*
Clerk of Court

s/Matthew Bartholomew
Matthew Bartholomew
Deputy Clerk